UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No. 2:23-cv-2847 AC P |
| Petitioner, | |
| v. | ORDER |
| P. COVELLO, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

     The application attacks a conviction issued by the Santa Clara County Superior Court. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. However, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973) (district of conviction is generally the more convenient forum for challenges to conviction). Therefore, this action will be transferred to the United States District Court for the Central District of California.

     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

    2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: December 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE